```
IN THE UNITED STATES DISTRICT COURT
  FOR THE MIDDLE DISTRICT OF GEORGIA
           COLUMBUS DIVISION
```

| | |
|---|---|
| R.R.C., | * |
|     Petitioner, | * |
| vs. | *    CASE NO. 4:25-CV-525 (CDL) |
| WARDEN JASON STREEVAL, | * |
|     Respondent. | * |

O R D E R

Petitioner maintains that Respondents have blatantly violated this Court's order requiring that they provide Petitioner with a bond hearing consistent with due process that complies with the applicable statute and regulations. Petitioner seeks a contempt finding and release from detention (ECF No. 11). A hearing on Petitioner's motion shall be held at 2:00 P.M. on February 23, 2026 at the United States Courthouse, Columbus, Georgia. Counsel of record shall appear in person for the hearing. To the extent that counsel of record for Respondents is not responsible for assuring that the Court's orders are followed by Respondents, it would be advisable to have someone present who is accountable.

IT IS SO ORDERED, this 17th day of February, 2026.

                                                S/Clay D. Land
                                                CLAY D. LAND
                                                U.S. DISTRICT COURT JUDGE
                                                MIDDLE DISTRICT OF GEORGIA