**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION**

| | |
|---|---|
| R.R.C., *et al.*, <br><br> Petitioners, <br><br> v. <br><br> Warden, Stewart Detention Center, *et al.*, <br><br> Respondents. | Civil Action No.: 4:25-CV-525 (CDL) <br> 4:25-cv-527 (CDL) <br> 4:26-cv-073 (CDL) <br> 4:26-cv-076 (CDL) <br> 4:26-cv-098 (CDL) <br> 4:26-cv-163 (CDL) <br> 4:26-cv-176 (CDL) <br> 4:26-cv-226 (CDL) <br> 4:26-cv-249 (CDL) <br> 4:26-cv-266 (CDL) <br> 4:26-cv-271 (CDL) |

## <u>SCHEDULING ORDER FOR DISCOVERY</u>

Having considered the Parties' proposals for a schedule governing the limited discovery ordered by the Court, the Court adopts Respondents' proposed scheduling order as modified below and in the Court's March 27, 2027 order (ECF No. 32).

**1.    <u>Interrogatory</u>**

<u>Subsection (a)</u>

- Respondents shall provide the information requested in Interrogatory 1(a) within 10 business days of the Court's entry of this Order.

<u>Subsection (b)</u>

- Respondents shall provide the information requested in Interrogatory 1(b) within 14 days of receipt of the list habeas petitioners for whom the information is needed from the U.S. Attorney's Office for the Middle District of Georgia, which date should be no later than 14 days after production of the information requested in Interrogatory 1(a). Until further order of the Court, the information required to be included in response to Interrogatory 1(b) shall be limited to bond hearings ordered by this Court as a result of partial habeas grants pursuant to the Court's rulings in *J.A.M. v. Streeval*, No. 4:25-cv-342-CDL-AGH (M.D. Ga. Nov. 1, 2025) and *P.R.S. v. Streeval*, No. 4:25-cv-330-CDL, 2025 WL 3269947 (M.D.

Ga. Nov. 24, 2025). Until further order of the Court, the information required to be included in Interrogatory 1(b) shall include all information that the Executive Office for Immigration Review tracks in the normal course of business. If, upon receipt and review of the above information, additional information or detail is required, the Parties should confer and jointly propose a schedule for production of any additional information.

Subsection (c)

- Respondents shall provide the information requested in Interrogatory 1(c) within 30 days of their response to Interrogatory 1(b).

**2.    Production of Documents**

- As set forth in the Court's order granting discovery, Respondents must produce documents that show "any change in Executive Branch policy and/or guidance regarding bond decisions, which change occurred after the current administration took office." ECF No. 28. Relevant documents include any documents, electronic communications, and/or digital data that describe "policy and/or guidance regarding bond decisions for aliens who are arrested pending removal that was different from the policy and/or guidance that existed during the calendar year 2024." ECF No. 28.

- Respondents shall provide an initial list of proposed custodians and search terms to Petitioners within 10 days of the Court's entry of this Order. Upon receipt, Petitioners shall have 5 business days to review and suggest any additions or changes to the list.

- Respondents agree to prioritize their search for responsive documents starting with those dated November 1, 2025 through March 1, 2026. Respondents will conduct searches for documents within this timeframe using the agreed-upon terms and custodians. Depending on the results of these searches, the Parties may need to further narrow the scope of the agreed-upon terms and custodians. Once the Parties agree on a universe of potentially responsive documents, Respondents will begin their review of the documents for relevance and privilege and will begin producing documents on a timeline to be agreed upon by the Parties. Any deadline agreed to by the Parties for production will also serve as the deadline for Respondents to file on the public docket a privilege log regarding any assertion of privilege over relevant documents simultaneously produced for in camera review to the Court.

- Respondents will follow the same process outlined above for documents dated January 1, 2025 through October 31, 2025. Any deadline agreed to by the Parties for production of these documents will also serve as the deadline for Respondents to file on the public docket

a privilege log regarding any assertion of privilege over relevant documents simultaneously produced for in camera review to the Court.

### 3. **Depositions**

- Respondents shall confirm the identity of the designated witness(es) on or before April 10, 2026.

- The Parties shall work together to find an agreeable date and location for any depositions. Any depositions should occur within 30 days of the completion of the Interrogatory and Document Production discovery laid out above.

### 4. **Dispositive Motions**

- The Parties agree to file any supplemental briefing based on the information obtained from this targeted discovery within 30 days of the close of the discovery period (*i.e.*, following the final deposition).

Respectfully submitted this 30th day of March, 2026.

WILLIAM R. KEYES
UNITED STATES ATTORNEY

By:     *s/ W. Taylor McNeill*
W. Taylor McNeill
Assistant United States Attorney
Georgia Bar No. 239540
United States Attorney's Office
Middle District of Georgia
P.O. Box 1702
Macon, GA 31202
Tel.: 478.752.3511
Email: taylor.mcneill@usdoj.gov

The Court, having reviewed the information contained in the Proposed Scheduling Order for Discovery filed by Respondents, hereby ADOPTS the plan and MAKES IT THE ORDER OF THE COURT.

IT IS SO ORDERED this 30th day of March, 2026.


S/Clay D. Land
CLAY D. LAND
U.S. DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA